**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**CARA MARIE GUNN-GERBER,**

     **Plaintiff,**

**v.**                                 **Case No: 5:26-cv-271-JSS-PRL**

**USPS OFFICE OF ISPECTOR**
**GENERAL, et al.,**

     **Defendants.**

---

### ORDER

Plaintiff, who is proceeding pro se, simultaneously filed a motion for clerk's entry of default and a motion for default judgment against all three defendants. (Docs. 16 ,17).

The Federal Rules of Civil Procedure establish a two-step process for obtaining default judgment. First, when a party against whom a judgment for affirmative relief is sought fails to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, and that fact is made to appear by affidavit or otherwise, the Clerk enters default. Fed. R. Civ. P. 55(a). Then, after obtaining a clerk's default, the plaintiff must move for default judgment. Rule 55(b). Here, Plaintiff improperly filed a motion for default judgment without first obtaining entry of clerk's default.

Moreover, Plaintiff's motion for entry of clerk's default is due to be denied. Plaintiff argues that default should be entered because more than twenty-one days have

passed since the defendants were served. Returns of service reflect that the USPS Inspector General was served on April 16, 2026 (Doc. 13), and Alan Krysiak and Charles Glaydor-Clatyor were served on April 20, 2026. (Docs. 11, 12). However, pursuant to Fed.R.Civ.P. Rule 12(a), the United States and its agencies, officers, or employees have sixty days to respond to the complaint (instead of the twenty-one days generally provided for a defendant), and thus, defendants' time frame to respond has not yet passed.

Accordingly, Plaintiff's motion for clerk's entry of default (Doc. 16) and Plaintiff's motion for default judgment (Doc. 17) are due to be **denied.**

**DONE** and **ORDERED** in Ocala, Florida on May 20, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -