UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CARA MARIE GUNN-GERBER,

      Plaintiff,

v.                                      Case No: 5:26-cv-271-JSS-PRL

USPS OFFICE OF INSPECTOR
GENERAL, ALAN KRYSIAK, and
CHARLES GLAYDOR,

      Defendants.

_____

**ORDER**

On May 20, 2026, the Court entered its Order denying Plaintiff's motion for clerk's entry of default (Doc. 16) and her motion for default judgment (Doc. 17) because the Defendants' 60-day period of time to respond to the complaint, pursuant to Federal Rule of Civil Procedure 12(a), had not yet passed. (Doc. 18). Plaintiff now seeks clarification of that ruling. (Doc. 19).[1]

Accordingly, upon due consideration, Plaintiff's motion is **GRANTED** to the extent that the Court clarifies that its ruling (Doc. 18) does not prevent Plaintiff from filing another motion for entry of clerk's default if Defendants fail to respond to the complaint within the 60-day period.

---

[1] Although the motion was styled as a "Motion to Clarify And/Or Motion for Reconsideration," Plaintiff only asks for clarification in the body of the motion.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on May 22, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of record
Unrepresented Parties

- 2 -