UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CARA MARIE GUNN-GERBER,

    Plaintiff,

v.                                Case No.: 5:26-cv-271-JSS-PRL

USPS OFFICE OF INSPECTOR
GENERAL, ALAN KRYSIAK, and
CHARLES CLAYTOR,

    Defendants.

                                   /

ORDER

This cause comes before the Court on Plaintiff's Motion for Reconsideration of Order Denying Clerk's Entry of Default and Default Judgment, or, in the Alternative, Motion for Leave to Cure Service Pursuant to Fed. R. Civ. P. 4(i)(4) and 4(m). (Doc. 30). On July 2, 2026, the Court denied Plaintiff's motion for clerk's entry of default and motion for default judgment because Plaintiff failed to establish that Defendants had been properly served. (Doc. 24). Shortly thereafter, Defendants appeared in this action and filed a motion to dismiss, or alternatively, a motion to transfer to the Court of Federal Claims. (Doc. 27).

Plaintiff has now filed the instant motion asking the Court to reconsider its Order denying clerk's entry of default and default judgment, or in the alternative, allowing Plaintiff an opportunity to cure the defect in service. (Doc. 30). Based on Defendants' appearance in this case, they have waived any service deficiencies, and thus, there is no need for Plaintiff to make further efforts to serve them. Moreover, because Defendants have defended this action, there is no basis for entry of default.

Accordingly, upon due consideration, Plaintiff's Motion for Reconsideration of Order Denying Clerk's Entry of Default and Default Judgment, or, in the Alternative, Motion for Leave to Cure Service Pursuant to Fed. R. Civ. P. 4(i)(4) and 4(m) (Doc. 30) is **DENIED**.

**DONE** and **ORDERED** in Ocala, Florida on July 17, 2026.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Party